[No. 9622-2-I.  Division One.  April 12, 1982.]

THE CITY OF SEATTLE, *Respondent*, v. STEPHEN
PHELPS FUQUA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80-1-03602-1, T. Patrick Corbett, J., entered
November 6, 1980. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Ringold and Corbett, JJ.

[No. 9029-1-I.  Division One.  April 12, 1982.]

MIKE GNYP, *Appellant*, v. THE CITY OF
BELLINGHAM, *Respondent*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 58344, Jack S. Kurtz, J., entered
July 3, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, C.J., and Durham, J.

[No. 9748-2-I.  Division One.  April 12, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
STEVEN SKELLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80-1-02261-6, Eugene G. Cushing, J., entered
October 29, 1980. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Durham, A.C.J., and Corbett,
J.

[No. 9183-2-I.  Division One.  April 12, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. CALLAN
RICHARD FRIDELL, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 80-1-00264-8, John E. Rutter, Jr.,
J., entered July 28, 1980. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Callow and Ringold, JJ.